Argued October 9, affirmed October 27, 1916.

## In Re MARKS' ESTATE.

(160 Pac. 542.)

From Douglas: Lawrence T. Harris, Judge.

Department 2.　Statement by Mr. Justice Burnett.

This is a proceeding for the removal of E. L. Parrott, as administrator *de bonis non* of the estate of S. Marks & H. Wollenberg. From a judgment of the Circuit Court, affirming the County Court's denial of such petition, petitioner appeals.　　　　　　　　Affirmed.

For appellants there was a brief with oral arguments by *Mr. Commodore S. Jackson* and *Mr. Edward B. Watson.*

For respondent there was a brief and an oral argument by *Mr. George M. Brown.*

Mr. Justice Burnett delivered the opinion of the court.

This is an appeal from the decision of the Circuit Court sustaining the action of the County Court of Douglas County in refusing to remove E. L. Parrott from the position of administrator *de bonis non* of the estate of the firm of S. Marks & H. Wollenberg. As to the removal of the administrator, it presents the same questions considered in the opinion this day rendered in the matter of the *Estate of S. Marks, Deceased,* and of the *Partnership Estate of S. Marks & Co., ante,* p. 632 (160 Pac. 540).

For the reasons there stated, the decision of the Circuit Court is affirmed.                    AFFIRMED.

MR. CHIEF JUSTICE MOORE, MR. JUSTICE MCBRIDE and MR. JUSTICE BEAN concur.

MR. JUSTICE HARRIS took no part in the consideration of this case.

---

Motion to dismiss appeal filed September 9, appeal dismissed October 27, 1916.